IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LARGE AUDIENCE DISPLAY SYSTEMS LLC, <br>     Plaintiff, <br><br> vs. <br><br> TENNMAN PRODUCTIONS, LLC, <br> JUSTIN TIMBERLAKE, <br> LOS ANGELES LAKERS, INC., <br> BRITNEY TOURING, INC., <br> BRITNEY SPEARS and <br> PUSSYCAT DOLLS, LLC, <br>     Defendants. | § <br> § <br> § <br> § <br> §   Civil Action No. 2:09-CV-356 (TJW-CE) <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## CORPORATE DISCLOSURE STATEMENT

Defendants, Tennman Productions, LLC ("Tennman"), Justin Timberlake ("Timberlake"), Britney Touring, Inc. ("BTI") and James P. Spears and Andrew Wallet as Co-Conservators of the Estate of Britney Jean Spears, on behalf of Defendant Britney Spears Britney Spears ("Spears") (collectively, "Defendants"), as and for their Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, state that:

    1.    Tennman Productions is not publicly traded and has no parent corporation.

    2.    Defendant Britney Touring, Inc. is not publicly traded and has no parent corporation.

Dated: March 12, 2010                              Respectfully submitted,

                                                       PRYOR CASHMAN LLP

                                                       */s/ Andrew S. Langsam (with permission by Charles Ainsworth*
                                                       Andrew S. Langsam – PHV
                                                       Barry E. Negrin – PHV
                                                       Sarah E. Bell – PHV
                                                       7 Times Square
                                                       New York, New York 10036-6569

        Tel:    (212) 421-4100
        Fax:   (212) 798-6317
alangsam@pryorcashman.com
bnegrin@pryorcashman.com
sbell@pryorcashman.com

Charles Ainsworth
State Bar No. 00783521
Robert Christopher Bunt
State Bar No.  00787165
Robert M. Parker
State Bar No. 15498000
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
903/531-3535
903/533-9687 - Facsimile
rmparker@pbatyler.com
rcbunt@pbatyler.com
charley@pbatyler.com

*Attorneys for Defendants Tennman Productions, LLC, Justin Timberlake, Britney Touring, Inc. and James P. Spears and Andrew Wallet as Co-Conservators of the Estate of Britney Jean Spears on behalf of Defendant Britney Spears*

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 12th day of March, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

        /s/ *Charles Ainsworth*
        Charles Ainsworth