IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

LARGE AUDIENCE DISPLAY
SYSTEMS LLC,

    Plaintiff,

vs.

TENNMAN PRODUCTIONS, LLC,
JUSTIN TIMBERLAKE,
LOS ANGELES LAKERS, INC.,
BRITNEY TOURING, INC.,
BRITNEY SPEARS,
STEVE DIXON and
MUSIC TOUR MANAGEMENT, INC.,

    Defendants.

Civil Action No. 2:09-CV-00356

JURY TRIAL DEMANDED

## ORDER DENYING DEFENDANTS STEVE DIXON'S AND MUSIC TOUR MANAGEMENT, INC.'S MOTION TO DISMISS

Before the Court is Defendants' Steve Dixon's and Music Tour Management, Inc.'s Motion to Dismiss. The Court, having considered said Motion and Plaintiff's Response thereto, is of the opinion that the Motion should be DENIED.

IT IS, THEREFORE, ORDERED that Defendants Steve Dixon's and Music Tour Management, Inc.'s Motion to Dismiss is DENIED.

IT IS FURTHER ORDERED that all relief not expressly granted herein is DENIED.